UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 5:12-cr-00507 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | MAGISTRATE JUDGE RUIZ |
| REUBEN J. DONALD, | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Defendant. | ) | SUPERVISED RELEASE |

This matter has been referred to the undersigned to conduct appropriate proceedings including revocation proceedings and file a Report and Recommendation. The defendant, Reuben J. Donald, appeared before the undersigned on October 29, 2018, for a preliminary revocation proceeding. Mr. Donald was represented by appointed counsel, Michael J. O'Shea. Assistant U.S. Attorney Justin Seabury Gould appeared on behalf of the United States of America. Probation Officer Jennifer Giammarco appeared on behalf of Probation Officer Adam Jones.

The defendant is accused, in a July 19, 2017 Violation Report, of committing three violations of the terms of his supervised release. The undersigned advised the defendant of the alleged violations in the Violation Report and his right to a preliminary hearing regarding whether probable cause exists to support the alleged violations. Defendant stated that he understood the charges outlined in the Violation Report and the undersigned finds that he knowingly and voluntarily signed a waiver of the probable cause hearing. Further, the defendant,

Reuben J. Donald, knowingly and voluntarily admitted to the three violations. The violations are generally described as follows: 1) New Law Violation; 2) Unauthorized Travel; and 3) Failure to Submit Monthly Supervision Report.

The undersigned, therefore, recommends a finding that the defendant violated the terms of his supervised release, in that he knowingly and voluntarily admitted to all three violations.

In addition, the United States moved for detention. The undersigned finds that defendant knowingly and voluntarily waived his right to a detention hearing. For the foregoing reasons and as set forth on the record during the hearing, the defendant is remanded to the custody of the Attorney General or his designee pending the final revocation hearing before the Honorable Christopher A. Boyko.


Date: October 30, 2018                               s/ *David A. Ruiz*
                                                     David A. Ruiz
                                                     U.S. Magistrate Judge


OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).